UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br>Plaintiff<br><br>v.<br><br>JUDITH A. HALE, JAMES S. HALE, BRADFORD J. HALE, ANDREW M. HALE, KIMBERLY A. HALE, MICHAEL J. HALE, ROCHELLE L. HALE, JANICE L. HALE f/k/a JANICE FOURNIER, and DANIEL J. FOURNIER,<br>Defendants | Civil Action No. 04-CV-10586 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter our appearance as counsel for Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, in the above-referenced matter.

Respectfully submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

By Its Attorneys,

William T. Bogaert, BBO #546321
Carey L. Bertrand, BBO #650496
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: April 7th, 2004

24443.1

## CERTIFICATE OF SERVICE

I, Carey L. Bertrand, hereby certify that on this ___7___ day of April 2004 a true copy of the foregoing document was sent via first class mail, postage prepaid to:

Edward O'Leary, Esq.
Fitzhugh, Parker & Alvaro
155 Federal Street
Boston, MA 02110

Rochelle L. Hale
70 Shortell Avenue
Beverly, MA 01915

Judith A. Hale
240 Pleasant Street
Wakefield, MA 01880

Daniel L. Fournier
8 Tozier Road
Apt. 7
Beverly, MA 01915

Janice L. Fournier
7 Hawthorne Circle
Peabody, MA 01960

Andrew M. Hale
240 Pleasant Street
Wakefield, MA 01880

Kimberly A. Hale
840 Sweetwater Lane
Apt. 306
Boca Raton, FL 33431

Bradford J. Hale
240 Pleasant Street
Wakefield, MA 01880

James S. Hale
70 Shortell Avenue
Beverly, MA 01915

Michael J. Hale
70 Shortell Avenue
Beverly, MA 01915

_____
Carey L. Bertrand

24443.1