UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE PRUDENTIAL INSURANCE COMPANY )
OF AMERICA, )
)
)
Plaintiff, )
)
v. ) Civil Action No. 04-cv-10586
)
JUDITH A. HALE, JAMES S. HALE, BRADFORD )
J. HALE, ANDREW M. HALE, KIMBERLY A. HALE, )
MICHAEL J. HALE, ROCHELLE L. HALE, JANICE L. )
HALE f/k/a JANICE FOURNIER, and DANIEL J. )
FOURNIER, )
)
Defendants. )

## NOTICE OF WITHDRAWAL OF APPEARANCE

Leave of Court for his withdrawal having been allowed by the Court, and the appearance of successor counsel, William T. Bogaert, Esq., for defendant The Prudential Insurance Company of America having been entered on the record, pursuant to Rule 11 of the Federal Rules of Civil Procedure Edward P. O'Leary withdraws his appearance on behalf of The Prudential Insurance Company of America.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
By its attorneys,

*Edward P. O'Leary*
Edward P. O'Leary, BBO #551932
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Boston, MA 02110-1727
(617) 695-2330

Dated: April 7th, 2004