AO 300 (12/93)                              WAIVER OF SERVICE OF SUMMONS

To: __Edward P. O'Leary_____

I acknowledge receipt of your request that I waive service of summons in the action of
__The Prudential Insurance Company of America__
__v. Judith A. Hale, et al._____, which is case number __04-cv-10586 JLT__
(Caption of Action)                                                      (Docket Number)

in the United States District Court for the _____ District of __Massachusetts__ have also receiv[ed]

a copy of the complaint in the action, two copies of this instrument, and a means by which I can return t[he]

signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this laws[uit]
by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the man[ner]
provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or [to]
the jurisdiction or venue of the court except for objections based on a defect in the summons or service of [the]
summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) [if]
an answer or motion under Rule 12 is not served upon you within 60 days after __March 26, 2004__
                                                                              (Date Request Was Sent)
or within 90 days after that date if the request was sent outside the United States.

__4/7/04__                               _____Judith A. Hale_____
DATE                                            SIGNATURE

                                         Printed/Typed Name: __Bradford J. Hale__
                                         As __P.O.A.__ of __Bradford J. Hale__
                                            (Attached)

Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and co[mplaint]. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of the su[mmons], fails to do so will be required to bear the costs of such service unless good cause can be shown for the failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded or that the action has been brought in an [improper] place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons [retains all] defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to [the place] where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a [response] to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgme[nt may be] taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request [for waiver] of service was received.