# FULL POWER OF ATTORNEY

1. **Appointment of Attorney-in-Fact.** KNOW ALL MEN BY THESE PRESENTS, that I, Bradford Joseph Hale, residing at Peabody, Massachusetts, make, constitute, and appoint, Judith Hale, residing at Wakefield, Massachusetts, to be my lawful Attorney-in-Fact for me and to do any and all acts that I could do if personally present.

2. **No Limitation on Attorney-in-Fact's Powers.** I intend to give my Attorney-in-Fact the fullest powers possible and do not intend, by enumeration of her powers, to limit or reduce them in any fashion.

3. **Enumeration of Attorney-in-Fact's Powers.** Among the powers granted to my Attorney-in-Fact are:

    a. **Receive Goods and Money.** To demand and sue for and recover and receive all debts, rent, interest, money, goods, and chattels due to me or that may become due to me or that belong to me or to which I may be entitled to possession. In connection with these powers, my Attorney-in-Fact is authorized to execute and deliver receipts, releases, and discharges. My Attorney-in-Fact is also empowered to make, indorse, accept, or deliver in my name or my Attorney-in-Fact's name commercial paper, agreements, and other instruments that my Attorney-in-Fact deems necessary to carry out the powers granted to my Attorney-in-Fact by these presents.

    b. **Appear in Actions and Suits.** To appear, answer, and defend all actions and suits that may be brought against me in my name, and in my stead, to compromise, settle, or adjust them or any other claims against me in any manner the my Attorney-in-Fact deems proper.

    c. **Sell, Transfer, or Purchase Securities.** To purchase, sell, or transfer stocks and bonds of any kind in my name or that of my Attorney-in-Fact and to execute and deliver any instruments required in connection with the purchase, sale, or transfer.

    d. **Manage Real Estate.** To take possession of any real estate that belongs to me or to which I may be entitled to possession in to receive any rents or profits that may be due from the real estate. In connection with these powers, my Attorney-in-Fact in empowered to enter into new leases for any term, renew or extend existing leases for any term, and to sell, convey, or mortgage any real estate affected by these presents. My Attorney-in-Fact is also empowered to commence and prosecute for me and in my name any suits or actions for the recovery of the possession of any real estate belonging to me or to which I may be entitled and for the rents and

      profits due from such real estate or from any other real estate that is the subject of theses presents.

e.   **Appoint Other Attorneys-in-Fact.** To constitute, appoint, and authorize in my Attorney-in-Fact's place and stead with full power of revocation other attorneys-in-fact for me to exercise any or all of the powers granted to my Attorney-in-Fact by these presents.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 11TH day of January, 2002.

_____
Bradford Joseph Hale


## COMMONWEALTH OF MASSACHUSETTS

Essex, ss.                                                                                        January 11, 2002

Then personally appeared the above named Bradford Joseph Hale who made oath that the foregoing instrument was his free act and deed.

_____
Notary Public:
My Commission Expires: 2/4/05