UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
Plaintiff

v.

JUDITH A. HALE, JAMES S. HALE,
BRADFORD J. HALE, ANDREW M.
HALE, KIMBERLY A. HALE, MICHAEL
J. HALE, ROCHELLE L. HALE, JANICE
L. HALE f/k/a JANICE FOURNIER, and
DANIEL J. FOURNIER,
Defendants

Civil Action No. 04-CV-10586 JLT

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the settlement agreement reached between all parties in the above-captioned matter, now comes the Plaintiff and hereby stipulates that this matter be dismissed with prejudice, without costs. The parties have come to an amicable agreement to settle this matter fully. A copy of the settlement agreement upon which this stipulation is based is attached for the court's review.

Respectfully submitted,
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA
By Its Attorneys,

William T. Bogaert, BBO#546321
Carey L. Bertrand, BBO #650496
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: May 10, 2004

25666.1

## CERTIFICATE OF SERVICE

I, Carey L. Bertrand, hereby certify that on this __10__ day of May 2004 a true copy of the foregoing document was sent via first class mail, postage prepaid to:

Michael J. Hale
70 Shortell Avenue
Beverly, MA 01915

Rochelle L. Hale
70 Shortell Avenue
Beverly, MA 01915

Judith A. Hale
240 Pleasant Street
Wakefield, MA 01880

Daniel L. Fournier
8 Tozer Road
Apt. 37
Beverly, MA 01915

Janice L. Fournier
7 Hawthorne Circle
Peabody, MA 01960

Andrew M. Hale
240 Pleasant Street
Wakefield, MA 01880

Kimberly A. Hale
940 Sweetwater Lane
Apt. 306
Boca Raton, FL 33431

Bradford J. Hale
240 Pleasant Street
Wakefield, MA 01880

James S. Hale
70 Shortell Avenue
Beverly, MA 01915

Carey L. Bertrand

25666.1